UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUIST BANK,<br><br>      Plaintiff,<br><br>    - against -<br><br>PASJ PROPERTIES LLC et al.,<br><br>      Defendants. | Civil Action No.: 1:25-cv-00817 |

**ANSWER TO INTERPLEADER COMPLAINT**

The Answering Defendants, PASJ Properties LLC ("PASJ"); Dmitry Poyarkov ("Poyarkov"); Hilliards Properties LLC ("Hilliards"); Construction Express LLC ("Construction Express"); Pico Assets LLC ("Pico Assets"); Horbax Industries Corp. ("Horbax Industries"); Anastasiia Iarmolenko ("Iarmolenko"); Pico Homes LLC ("Pico Homes"); Vida Dynamics LLC ("Vida"); Optima Industries LLC ("Optima"); and Set the Stage Management LLC ("STSM"), for their answer to the Plaintiff's Complaint, do hereby say:

I.  **PARTIES, JURISDICTION, AND VENUE**

1. PASJ admits the herein contained allegation.

2. Poyarkov admits the herein contained allegation.

3. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

4. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

5. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

6. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

7. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

8. Hilliards admits the herein contained allegation.

9. Construction Express admits there herein contained allegation.

10. The Answering Defendants are without information sufficient to admit or deny the herein contained allegation.

11. Pico Assets admits the herein contained allegation.

12. Horbax admits the herein contained allegation.

13. Iarmolenko admits the herein contained allegation.

14. Pico Homes admits the herein contained allegation.

15. Vida admits the herein contained allegation.

16. Optima admits the herein contained allegation.

17. STSM admits the herein contained allegation.

18. Pokarkov, PASJ, and the entities, owned, maintained, or controlled by Poyarkov insofar as they are and Answering Defendant deny the allegations of fraud. Poyarkov and PASJ admit they considered filing an assignment for the benefit of creditors, but ultimately decided not to do so. Poyarkov denies that he should be compelled to name additional parties, but does not object to doing so.

19. Admitted.

20. Admitted.

21. Admitted.

II. **FACTS**

    A. **Incoming Transfers to PASJ's Bank Account**

22. PASJ and Poyarkov admit allegations of fraud have been made against them, but deny same and admit that there are mortgages on the Cherry Hill Property as set forth herein.

    a. Admitted.

    b. Admitted.

    c. Admitted.

    d. Admitted.

    e. Admitted.

23. Admitted.

    B. **Outgoing Transfers From PASJ's Bank Account**

24. PASJ provides the following response to the specific allegations:

    a. Admitted.

    b. Admitted.

    c. Admitted.

    d. Admitted.

    e. Admitted.

    f. Admitted.

    g. Admitted.

    h. Admitted.

    i. Admitted.

      j. Admitted.

      k. Admitted.

      l. Admitted.

      m. Admitted.

      n. Admitted.

      o. Admitted.

      p. Admitted.

      q. Admitted.

      r. Admitted.

      s. Admitted.

      t. Admitted.

      u. Admitted.

      v. Admitted.

      w. Admitted.

      x. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. The Answering Defendants respond as follows:

      a. Admitted

      b. Admitted.

      c. Admitted.

      d. Admitted.

    e. Admitted.

    f. Admitted.

    g. Admitted.

    h. Admitted.

    i. Admitted.

    j. Admitted.

    k. Admitted.

    l. Admitted.

    m. Admitted.

    n. Admitted.

29. Admitted.

30. Admitted.

## COUNT ONE – INTERPLEADER

31. The Answering Defendants incorporate herein by reference the foregoing admissions and denials.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

## COUNT TWO – RECOVERY OR ATTORNEYS' FEES

36. The Answering Defendants incorporate herein by reference the foregoing admissions and denials.

37. Admitted.

38. Admitted.

39. Admitted.

WHEREFORE, the Answering Defendants demand dismissal of the Complaint and an order directing

        /s/ Larry E. Hardcastle, II, Esq.
Larry E. Hardcastle, II, Esq.
Id No.: 025742010
LANCIANO & ASSOCIATES, L.L.C.
2 Route 31 North
Pennington, NJ 08534
*Counsel for PASJ Properties LLC; Dmitry Poyarkov; Hilliards Properties LLC; Construction Express LLC; Pico Assets LLC; Horbax Industries Corp.; Anastasiia Iarmolenko; Pico Homes LLC; Vida Dynamics LLC; Optima Industries LLC; and Set the Stage Management LLC*

Dated: April 4, 2025