UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **TRUIST BANK,** | : | |
| | : | CASE NUMBER: |
| Interpleader Plaintiff, | : | Civil Action No. 1:25-cv-00817 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| **PASJ PROPERTIES LLC; DMITRY POYARKOV; LENDINGONE LLC; CHICAGO TITLE INSURANCE COMPANY as assignee of MOFIN LENDING CORPORATION; FOUNDERS TITLE AGENCY as agent of DOE COMPANY; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as subrogee and assignee of NEW SILVER LENDING LLC; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as assignee of EXPRESS CAPITAL HOLDINGS LLC; STEWART TITLE GUARANTY COMPANY as subrogee and assignee of LIMA ONE CAPITAL, LLC; HILLIARDS PROPERTIES LLC; CONSTRUCTION EXPRESS LLC; THRIFTY CAR SALES a/k/a AUTO MIAMI GROUP LLC; PICO ASSETS LLC; HORBAX INDUSTRIES CORP.; ANASTASIIA IARMOLENKO; PICO HOMES LLC; VIDA DYNAMICS LLC; OPTIMA INDUSTRIES LLC; and SET THE STAGE MANAGEMENT LLC,** | : : : : : : : : : : : : : : : : : : : : : | |
| Interpleader Defendants. | | |

**INTERPLEADER DEFENDANT STEWART TITLE GUARANTY COMPANY AS SUBROGEE AND ASSIGNEE OF LIMA ONE CAPITAL, LLC ANSWER TO INTERPLEADER COMPLAINT**

Interpleader Defendant Stewart Title Guaranty Company as subrogee and assignee of Lima One Capital, LLC ("STGC") by way of answer to the Interpleader Complaint filed herein says:

**INTERPLEADER COMPLAINT**

This Defendant neither admits nor denies the allegations of this paragraph, and notes STGC has been substituted in this matter as subrogee and assignee of Lima One Capital, LLC. (See Consent Order entered on March 7, 2025 as Document 24).

**I.      PARTIES, JURISDICTION, AND VENUE**

1. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

2. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

3. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

4. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

5. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

6. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

7. Admit, and note STGC has been substituted in this matter as subrogee and assignee of Lima One Capital, LLC.

8. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

9. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

10. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

11. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

12. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

13. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

14. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

15. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

16. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

17. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

18. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

19. This Defendant neither admits nor denies the allegation of this paragraph.

20. This Defendant neither admits nor denies the allegation of this paragraph.

21. This Defendant neither admits nor denies the allegation of this paragraph.

## II. **FACTS**

### A. **Incoming Transfers to PASJ's Bank Account**

22. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

23. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

### B. **Outgoing Transfers from PASJ's Bank Account**

24. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

25. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

26. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

27. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

28. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

29. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

30. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

### COUNT ONE – INTERPLEADER

31. Defendant STGC repeats and realleges its answers to the previous allegations as though set forth herein at length.

32. As to STGC, admitted.

33. Admitted.

34. Admitted.

35. This Defendant neither admits nor denies the allegation of this paragraph.

WHEREFORE, Defendant STGC demands judgment in its favor for its share of the Fund together with attorneys fees, costs and such other relief as the Court deems equitable and just.

### COUNT TWO – RECOVERY OF ATTORNEYS FEES

36. Defendant STGC repeats and realleges its answers to the previous allegations as though set forth herein at length.

37. This Defendant is without sufficient knowledge to form a belief as to the truth of the allegations of this paragraph, and leaves Plaintiff to its proofs.

38. This Defendant neither admits nor denies the allegation of this paragraph.

39. This Defendant neither admits nor denies the allegation of this paragraph.

WHEREFORE, Defendant STGC takes no position as to Count Two of the Complaint except it reserves all objections/defenses to the relief sought by Plaintiff.

Michael D. Mezzacca, Esq.
BOURNE, NOLL & KENYON
ID#022641992
382 Springfield Avenue
Suite 507
Summit, NJ  07901
(908) 277-2200
mmezzacca@bournenoll.com

Dated: April 7 , 2025    Attorneys for Interpleader Defendant Stewart Title Guaranty Company as subrogee and assignee of Lima One Capital, LLC