UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **TRUIST BANK,** | : | |
| | : | CASE NUMBER: |
| Interpleader Plaintiff, | : | Civil Action No. 1:25-cv-00817 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| **PASJ PROPERTIES LLC; DMITRY POYARKOV; LENDINGONE LLC; CHICAGO TITLE INSURANCE COMPANY as assignee of MOFIN LENDING CORPORATION; FOUNDERS TITLE AGENCY as agent of DOE COMPANY; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as subrogee and assignee of NEW SILVER LENDING LLC; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as assignee of EXPRESS CAPITAL HOLDINGS LLC; STEWART TITLE GUARANTY COMPANY as subrogee and assignee of LIMA ONE CAPITAL, LLC; HILLIARDS PROPERTIES LLC; CONSTRUCTION EXPRESS LLC; THRIFTY CAR SALES a/k/a AUTO MIAMI GROUP LLC; PICO ASSETS LLC; HORBAX INDUSTRIES CORP.; ANASTASIIA IARMOLENKO; PICO HOMES LLC; VIDA DYNAMICS LLC; OPTIMA INDUSTRIES LLC; and SET THE STAGE MANAGEMENT LLC,** | : : : : : : : : : : : : : : : : : : : : : | **CERTIFICATION OF SERVICE** |
| Interpleader Defendants. | | |

I, Michael D. Mezzacca, Esq., do hereby certify as follows:

    1. On this date I electronically filed the within Answer to the Interpleader Complaint on behalf of Interpleader Defendant Stewart Title Guaranty Company as Subrogee and Assignee of Lima One Capital, LLC with the Clerk, United States District Court, District of New Jersey.

    2. On this date I forwarded copies of the above Answer via the CM/ECF system to:

    All other appearing parties

 

_____
Michael D. Mezzacca, Esq.
BOURNE, NOLL & KENYON
ID#022641992
382 Springfield Avenue
Suite 507
Summit, NJ  07901
(908) 277-2200
mmezzacca@bournenoll.com

Dated: April 7, 2025    Attorneys for Interpleader Defendant Stewart Title Guaranty Company as subrogee and assignee of Lima One Capital, LLC