UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUIST BANK,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>PASJ PROPERTIES LLC; DMITRY POYRAKOV; LENDINGONE LLC; CHICAGO TITLE INSURANCE COMPANY as assignee of MOFIN LENDING CORPORATION; FOUNDERS TITLE AGENCY as agent of DOE COMPANY; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as subrogee and assignee of NEW SILVER LENDING LLC; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as assignee of EXPRESS CAPITAL HOLDINGS LLC; LIMA ONE CAPITAL, LLC; HILLIARDS PROPERTIES LLC; CONSTRUCTION EXPRESS LLC; THRIFTY CAR SALES a/k/a AUTO MIAMI GROUP LLC; PICO ASSETS LLC; HORBAX INDUSTRISES CORP.; ANASTASIIA IARMOLENKO; PICO HOMES LLC; VIDA DYNAMICS LLC; OPTIMA INDUSTRIES LLC; and SET THE STATE MANAGEMENT LLC ,<br><br>    Interpleader Defendants. | Hon. Karen M. Williams<br><br>Civil Action No.<br>1:25-cv-00817 (KMW) (EAP)<br><br><br>(Document Electronically Filed)<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on this date I caused to be served via CM/ECF the Answer, Affirmative Defenses, and Crossclaim of Chicago Title Insurance Company, with accompanying documents, upon:

| | |
|---|---|
| Justin E. Kerner, Esq.<br>Ballard Spahr LLP<br>700 East Gate Drive, Suite 330<br>Mount Laure, NJ 08054<br>*Counsel for Plaintiff* | Michael E. Eskenazi, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, NY 10065<br>*Counsel for LendingOne LLC* |

| | |
|---|---|
| Williams B. Jones, II, Esq.<br>Simio & Jones, LLP<br>107 Washington St.<br>Morristown, NJ 027960<br>*Counsel for Old Republic National Title Insurance Company* | Michael D. Mezzaca, Esq.<br>Bourne Noll & Kenyon<br>328 Springfield Ave., Suite 507<br>Summit, NJ 07901<br>*Counsel for Stewart Title Guaranty Company* |

Larry E. Hardcastle
Lanciano & Associates LLC
2 Route 31 North
Pennington, NJ 08534
*Counsel for Dmitry Poyarkov, Hilliards Properties LLC, Construction Express LLC, Thrifty Car Sales a/k/a Auto Miami Group, Pico Assets LLC, Horbax Industries Corp., Anastasiia Iarmolenko, Pico Homes LLC, Vida Dynamics LLC, Optima Industries LLC, and Set The Stage Management LLC*

and via Federal Express upon:

Founders Title Agency
Five Greentree Centre, Suite 104
525 Route 73 North
Marlton, NJ 08053

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Conika Majumdar, Esq.
CONIKA MAJUMDAR, ESQ.
Fidelity National Law Group
103 Eisenhower Parkway, Suite 213
Roseland, NJ 07068
Conika.majumdar@fnf.com
(973) 863-7171
*Attorneys for Defendant,
Chicago Title Insurance Company*

Dated:  April 7, 2025