UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUIST BANK, I

*Plaintiff*

v.

LENDINGONE, LLC, et al.

*Defendant*

Civil Action No. 1:25-cv-00817

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that LendingOne, LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*Michael Eskenazi*
Signature of Attorney

85 Broad Street, Suite 501
Address

New York, NY 10004
City/State/Zip

April 9, 2025
Date