BOURNE, NOLL & KENYON
Michael D. Mezzacca, Esq.
ID#022641992
382 Springfield Avenue
Suite 507
Summit, NJ 07901
(908) 277-2200
Attorneys for Interpleader Defendant Stewart Title
Guaranty Company as subrogee and assignee of Lima One Capital, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUIST BANK,<br><br>                      Interpleader Plaintiff,<br>vs.<br><br>PASJ PROPERTIES LLC; DMITRY POYARKOV; LENDINGONE LLC; CHICAGO TITLE INSURANCE COMPANY as assignee of MOFIN LENDING CORPORATION; FOUNDERS TITLE AGENCY as agent of DOE COMPANY; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as subrogee and assignee of NEW SILVER LENDING LLC; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as assignee of EXPRESS CAPITAL HOLDINGS LLC; STEWART TITLE GUARANTY COMPANY as subrogee and assignee of LIMA ONE CAPITAL, LLC; HILLIARDS PROPERTIES LLC; CONSTRUCTION EXPRESS LLC; THRIFTY CAR SALES a/k/a AUTO MIAMI GROUP LLC; PICO ASSETS LLC; HORBAX INDUSTRIES CORP.; ANASTASIIA IARMOLENKO; PICO HOMES LLC; VIDA DYNAMICS LLC; OPTIMA INDUSTRIES LLC; and SET THE STAGE MANAGEMENT LLC,<br><br>                      Interpleader Defendants. | Civil Action No. 1:25-cv-00817-KMW-EAP<br><br><br><br><br><br><br><br><br><br><br><br><br><br>CONSENT ORDER ALLOWING THE FILING OF A THIRD-PARTY COMPLAINT |

THIS MATTER having been presented to the Court by way of submission of this Consent Order allowing the filing of a Third-Party Complaint and Justin Kerner of Ballard Spahr on behalf of the Plaintiff Truist Bank; Larry Hardcastle of Lanciano & Associates, on behalf of the defendants PASJ Properties LLC and Dmitry Poyarkov, (and Hilliards Properties LLC, Construction Express LLC, Pico Assets LLC, Horbax Industries Corp., Anastasiia Iarmolenko, Pico Homes LLC, Vida Dynamics LLC, Optima Industries LLC and Set the State Management LLC); Michael Eskenazi, Esq. of Friedman Vartolo, LLP on behalf of defendant LendingOne LLC; William B. Jones, II, Esq. of Simio & Jones on behalf of defendant Old Republic National Title Insurance Company; Conika Majumdar, Esq. of Fidelity National Law Group on behalf of defendant Chicago Title Insurance Company; and Michael D. Mezzacca of Bourne Noll & Kenyon on behalf of defendant Stewart Title Guaranty Company, appearing and having consented to the form and entry hereof, and the Court having considered the matter and for good cause shown;

IT is on this 8th day of October, 2025

ORDERED that interpleader defendants be and are hereby granted leave to file the Third-Party Complaint against Wilmington Trust, National Association, Not In Its Individual Capacity, But Solely as Trustee of MFRA Trust 2021-2 in the form of pleading annexed ~~hereto~~ as Exhibit A within seven days of the entry hereof; and it is further to the application

ORDERED that a copy of this Order shall be served upon all appearing parties upon its upload to the CM/ECF system.

So Ordered:

_____
Hon. Elizabeth A. Pascal, U.S.M.J.

The undersigned have consented to the form and entry of the within Order.

| | |
|---|---|
| **BALLARD SPAHR, LLP**<br>700 East Gate Drive, Ste. 330<br>Mount Laurel, NJ 08054-0015<br>Attorneys for Plaintiff<br><br>By: /s/ *Justin E. Kerner*<br>Justin E. Kerner, Esq.<br><br>Dated: October 8, 2025 | **LANCIANO & ASSOCIATES, L.L.C.**<br>2 Route 31 North<br>Pennington, NJ 08534<br>Attorneys for PASJ Properties, LLC and Dmitry Poyarkov (Hilliards Properties LLC, Construction Express LLC, Pico Assets LLC, Horbax Industries Corp., Anastasiia Iarmolenko, Pico Homes LLC, Vida Dynamics LLC, Optima Industries LLC and Set the State Management LLC)<br><br>By: /s/ *Larry E. Hardcastle* III<br>Larry E. Hardcastle, III, Esq.<br><br>Dated: October 8, 2025 |
| **FRIEDMAN VARTOLO, LLP**<br>1325 Franklin Ave., Suite 160<br>Garden City, NY 11530<br>Attorneys for LendingOne, LLC<br><br>By: /s/ *Michael Eskenazi*<br>Michael Eskenazi, Esq.<br><br>Dated: October 8, 2025 | **SIMIO & JONES**<br>80 Main Street, Ste. 360<br>West Orange, NJ 07052<br>Attorneys for Old Republic National Title Insurance Company<br><br>By: /s/ *William B. Jones* II<br>William B. Jones, II, Esq.<br><br>Dated: October 8, 2025 |
| **FIDELITY NATIONAL LAW GROUP**<br>103 Eisenhower Parkway, Ste. 213<br>Roseland, NJ 07054<br>Attorneys for Chicago Title Insurance Company<br><br>By: /s/ *Conika Majumdar*<br>Conika Majumdar, Esq.<br><br>Dated: October 8, 2025 | **BOURNE, NOLL & KENYON**<br>382 Springfield Avenue, Suite 507<br>Summit, NJ 07901<br>Attorneys for Stewart Title Guaranty Company<br><br>By: _____<br>Michael D. Mezzacca, Esq.<br><br>Dated: October 8, 2025 |