# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **TRUIST BANK,**<br><br>　　　　**Interpleader Plaintiff,**<br><br>　　v.<br><br>**PASJ PROPERTIES LLC, et al.,**<br><br>　　　　**Interpleader Defendants.** | : : : : : : : : : : : : : | **CIVIL ACTION NO.:**<br><br>**1:25-cv-00817-KMW-EAP** |
| **STEWART TITLE GUARANTY COMPANY as subrogee and assignee of LIMA ONE CAPITAL, LLC,**<br><br>　　　　**Interpleader Defendant/**<br>　　　　**Third-Party Plaintiff,**<br><br>　　v.<br><br>**WILMINGTON NATIONAL ASSOCIATION, Not In Its Individual Capacity, But Solely as Trustee of MFRA Trust 2021-2,**<br><br>　　　　**Third-Party Defendant.** | : : : : : : : : : : : : : : : : : : : : | |

### STIPULATION FOR AN AWARD OF TRUIST BANK'S FEES AND COSTS, FOR A DISCHARGE OF LIABILITY RELATING TO THE INTERPLEADED FUND, AND FOR TRUIST BANK'S DISMISSAL FROM THIS PROCEEDING

The parties who have appeared and participated in this proceeding[1] hereby stipulate and agree as follows:

1. This interpleader action concerns the Defendants' and Third-Party Defendant's respective rights to $629,521.43 (the "Fund"), as described in the Complaint by interpleader Plaintiff Truist Bank ("Truist") and Third-Party Complaint by Third-Party Plaintiff Stewart Title Guaranty Company ("Stewart").

2. Jurisdiction is proper under 28 U.S.C. § 1335 because, as a matter of undisputed fact:

    a. the Fund exceeds $500;[2]

    b. the Fund's claimants are minimally diverse;[3] and

    c. Truist has deposited the Fund into the Registry of this Court. *See* ECF Nos. 75 & 76.

---

[1] Truist Bank is the interpleader plaintiff in this action. The following interpleader defendants have appeared and are participating in the action through their respective undersigned counsel: Dmitry Poyarkov; Anastasia Iarmolenko; PASJ Properties LLC; Hilliards Properties LLC; Construction Express LLC; Pico Assets LLC; Horbax Industries Corp.; Pico Homes LLC; Vida Dynamics LLC; Optima Industries LLC; Set the Stage Management LLC; LendingOne LLC; Chicago Title Insurance Company; Old Republic National Title Insurance Company; and Stewart.  Interpleader defendant Thrifty Car Sales was served (*see* ECF No. 10) but has not appeared. Stewart and Third-Party Defendant Wilmington Savings Fund Society, FSB earlier stipulated to dismissal of Stewart's Third-Party Complaint. *See* ECF No. 74.

[2] The Court earlier held that Truist has shown "that the first element was met as the Fund proceeds equal $629,521.43, which clearly exceeds the $500 statutory minimum." 2025-11-10 Order, at 2 n.3.

[3] For example, Poyarkov is a resident and citizen of the State of New Jersey, whereas Lima One is a citizen of both Delaware and South Carolina.  By signing this Stipulation, counsel for Poyarkov and Lima One attest to those undisputed and stipulated facts.

3. Truist, as the interpleader Plaintiff, is a disinterested stakeholder with respect to the Fund. Truist makes no claim against the fund except for an agreed award of the attorneys' fees and costs Truist incurred as the interpleader plaintiff in this action. As to those fees and costs, each Party hereto agrees that Truist is entitled to a disbursal from the Fund in the amount of $9,500.00. Truist's disbursal shall not include any interest that has accrued since the Court's receipt of the Fund. A check for Truist's disbursal may be mailed to:

> Ballard Spahr LLP
> Attn: John D. Sadler, Esq.
> 1909 K St. NW, 12th Floor
> Washington, DC  20006

4. Each interpleader Defendant hereby releases any and all claims against either Truist Bank or non-party Wells Fargo Bank, N.A. ("Wells Fargo," which returned a portion of the interpleaded funds to Truist Bank) that in any way relate to or concern any portion of the Funds, including but not limited to any claims concerning funds transfers or bank accounts held at either Truist Bank or Wells Fargo.

5. Pursuant to 28 U.S.C. § 2361, Truist Bank hereby is discharged from any other or further liability related to the Fund.

6. Truist Bank hereby is **DISMISSED WITH PREJUDICE** from this action. The Defendants may continue to litigate their respective interests in the Fund, and any asserted counterclaims, cross-claims, or third-party claims, as appropriate.

[ *Remainder of Page Intentionally Left Blank* ]

**BY THE PARTIES:**

Dated: January 15, 2026

 s/ *Justin Kerner*
Justin Kerner
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
(856) 761-3448
kernerj@ballardspahr.com

*Counsel for Interpleader Plaintiff, Truist Bank*

Dated: January 16, 2026

 s/ *Larry Hardcastle*
Larry Hardcastle
LANCIANO & ASSOCIATES LLC
2 Route 31 North
Pennington, NJ 08534
(609) 452-7100
lhardcastle@lancianolaw.com

*Counsel for Interpleader Defendants Dmitry Poyarkov, Anatasia Iarmolenko, PASJ Properties LLC, Hilliards Properties LLC, Construction Express LLC, Pico Assets LLC, Horbax Industries Corp., Pico Homes LLC, Vida Dynamics LLC, Optima Industries LLC, and Set the Stage Management LLC*

Dated: January 15, 2026

 s/ *Michael E. Eskenazi*
Michael E. Eskenazi
FRIEDMAN VARTOLO LLP
85 Broad Street, Ste. 501
New York, NY 10065
(917) 447-6383
meskenazi@friedmanvartolo.com

*Counsel for Interpleader Defendant LendingOne LLC*

Dated: January 16, 2026

 s/ *Conika Majumdar*
Conika Majumdar
FIDELITY NATIONAL LAW GROUP
103 Eisenhower Parkway, Ste. 213
Mount Laurel, NJ 08054
(973) 863-7171
conika.majumdar@fnf.com

*Counsel for Interpleader Defendant Chicago Title Insurance Company, as assignee of Mofin Lending Corporation*

| | |
|---|---|
| Dated: January 16, 2026 | Dated: January 16, 2026 |
| *s/ William B. Jones, II* | *s/ Michael D. Mezzacca* |
| William B. Jones, II | Michael D. Mezzacca |
| SIMIO & JONES, LLP | BOURNE NOLL & KENYON |
| 107 Washington Street | 382 Springfield Avenue, Ste. 507 |
| Morristown, NJ 07960 | Summit, NJ 07901 |
| (973) 984-5970 | (908) 273-1022 |
| wjones@simiojoneslaw.com | mmezzacca@bournenoll.com |
| *Counsel for Old Republic National Title Insurance Company, as subrogee and assignee of New Silver Lending LLC and as assignee of Express Capital Holdings LLC* | *Counsel for Stewart Title Guaranty Company, as subrogee and assignee of Lima One Capital, LLC* |

I recommend approval of the above Order and declare that no lien or other claim against the monies deposited in the Registry of the Court in this matter is on file with my office as of this date.

Dated: _____ \_\_\_, 2026

_____
**(Clerk / Deputy Clerk)**

**SO ORDERED.**

BY THE COURT:

Dated: _____ \_\_\_, 2026

_____
**THE HON. KAREN A. WILLIAMS,
UNITED STATES DISTRICT JUDGE**